## Commonwealth *v.* Deditch, Appellant.

Submitted April 12, 1971. *Richard H. Galloway,* for appellant; *W. Thomas Malcolm,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* DeMino, Appellant.

Submitted April 12, 1971. *John J. Dean* and *J. Graham Sale, Jr.,* Assistant Public Defenders, for appellant; *Carol Mary Los,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.